IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD RIDLEY, #276808, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11cv377-TMH |
| | ) |
| GARY HETZEL, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER AND OPINION**

On July 7, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The 28 U.S.C. § 2254 petition for habeas corpus relief, as amended (Doc. Nos. 1 and 3), are DENIED and that this case is DISMISSED for lack of jurisdiction.

2. The motions seeking a preliminary injunction and temporary restraining order (Doc. Nos. 10, 11, and 13) are DENIED as moot.

Done this the 9th day of August, 2011.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE